IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FGMS HOLDINGS LLC, OVATION SERVICES, LLC<br>*Appellants* | § § § § § § § § § § | Case No. 5:23-CV-1261-XR<br><br>Bankruptcy Case No. 5:18-bk-52983-cag<br><br>Adversary Proc. No. 5:22-ap-5035-cag |
| -vs-<br><br>ISAAC GRIEGO, REBECCA GRIEGO,<br>*Appellees* | | |

**FINAL JUDGMENT**

This bankruptcy appeal was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

This bankruptcy appeal is **DISMISSED WITH PREJUDICE**, and this case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 18th day of March, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE